```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x
ALBERTO BASTIDAS,

                 Plaintiff,                ORDER
                                           20-CV-1873 (EK)
          -against-

COMMISSIONER OF SOCIAL SECURITY,

                 Defendant.

---------------------------------------x
```

ERIC R. KOMITEE, U.S. District Judge:

Plaintiff filed the complaint in this case on <u>April 21, 2020</u>. The parties are directed to adhere to the following procedure, which the Eastern District of New York Board of Judges has adopted for expediting the disposition of Social Security cases:

1. Defendant shall proceed promptly to obtain the administrative record of the proceedings below, and shall file the record by July 23, 2020, unless an extension is granted by the Court for good cause. The administrative record, when filed, will constitute Defendant's answer, unless Defendant otherwise moves against the complaint. If Defendant is unable to file the record by that date, then the Court should be notified in writing by that date. Such notification should include a request for an extension, which specifies a date and demonstrates the good cause for the extension, including the date the administrative record was requested, whether or not it has been received, and the most recent efforts made to obtain it.

2. Plaintiff shall file and serve a motion for judgment on the pleadings by September 8, 2020; Defendant shall file and serve its response to Plaintiff's motion, which response must contain a full recitation of the relevant facts and underlying administrative proceedings, by October 23, 2020; and Plaintiff shall file and serve a reply, if any, by November 9, 2020.

3. The parties are to comply in all respects with

    applicable Local Rules for this district and this Court's Individual Practices and Rules, including but not limited to the Court's Individual Practices and Rules II.D and III.C regarding proper courtesy-copy procedure and legal memorandum pages limitations (i.e., 25 pages for opening and opposition briefs, and 10 pages for reply briefs). The parties are reminded to ensure all legal memoranda include citations to the record.

4. The parties are reminded that Electric Case Filing (ECF) is mandatory for all non *pro se* litigants. All filings must be made via ECF.

                                        SO ORDERED:

                                        /s/ Eric R. Komitee
                                        ERIC R. KOMITEE
                                        United States District Judge

Dated: Brooklyn, New York
       April 24, 2020